

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JESSE J. BARNES,

                              Plaintiff,

-against-

ALBERT PRACK, et al.,

                             *Defendants.*

**STIPULATION AND ORDER
OF DISCONTINUANCE
PURSUANT TO RULE 41(A)**

11-CV-0857

TJM/CFH
[Mediation]

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, Jesse J. Barnes, *pro se* plaintiff, and Eric T. Schneiderman, Attorney General of the State of New York, Bruce J. Boivin, Assistant Attorney General, of counsel, appearing for defendants, parties to the above entitled-action, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, plaintiff hereby discontinues this action with prejudice and without damages, costs, interest, or attorney's fees as to all defendants.

Dated: Plattsburgh, New York
         July18, 2014

                                                Jesse J. Barnes, Plaintiff pro se
                                                Upstate Correctional Facility
                                                P.O. Box 2001
                                                Malone, New York 12953-2001

Dated: Plattsburgh, New York
July 18, 2014

> ERIC T. SCHNEIDERMAN
> Attorney General of the State of New York
> Attorney for Defendants
> The Capitol
> Albany, New York 12224-0341
>
> By: _____
> Bruce J. Boivin
> Assistant Attorney General, of Counsel
> Bar Roll No. 105829
> Telephone: (518) 473-5093
> Email: Bruce.Boivin@ag.ny.gov

Dated: Plattsburgh, New York
July 18, 2014

SO ORDERED:

_____
Hon. Christian F. Hummel
U.S. Magistrate Judge

2